# EXHIBIT 1




LEWIS "LIVY" LEAVELL, JR.
Christian County Sheriff
216 West 7th Street
Hopkinsville, KY 42240

Phone (270) 887-4143
Fax (270) 887-4032

3 February, 2011

Re: Deputy Rob Schneider

==================================================================

Deputy Schneider has shown a consistent pattern of abuse, aggressiveness, and suicidal tendencies during his employment with the Christian County Sheriff's Department. He has, on several occasions, requested time off under the category of "stress leave", due to his self admitted inability to respond rationally to confrontations with the public as they arise. He expressed concern as to how he would react to situations, and therefore needed the time off.

Deputy Schneider currently has three pending lawsuits, all relating to alleged excessive use of force. More recently, he has been served with an Emergency Protective Order taken out by his spouse, describing irrational behavior and threats to himself and others. The petitioner of this order describes this behavior as being recurrent over the past few years. During these alleged confrontations, Deputy Schneider has admittedly threatened to harm himself by putting his department issued service weapon to his head more than once, and going so far as writing instructions to his family on what to do with him in the event of his death.

EXHIBIT 6

000323